UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
98 OCT 20 AM 11:33
CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES OF AMERICA )
v. ) 97-409-CR-MOORE
BRIAN PLA ) **MOTION TO REDUCE SENTENCE**

The United States of America, by and through the undersigned Assistant United States Attorney, files this motion to reduce the defendant's sentence and in support thereof states as follows:

1. On December 4, 1997, this defendant was sentenced to 57 months' imprisonment as a result of his participation in the importation of 14 kilograms of cocaine into the United States. Pla served as a courier for Marianela Hijazin and Carlos Polit.
2. After his arrest, Pla provided information about his supervisors. Specifically, he provided information which led to the indictment and prosecution of Polit and Hijazin in United States v. Carlos Polit, et. al., 97-809-Cr-Moreno. In August, 1998, Pla testified at the trial of that cause. The jury returned guilty verdicts on all counts of the indictment.
3. In December, 1997, this Court sentenced Pla to 57 months' imprisonment. The United States respectfully requests that this Court reduce Pla's sentence by one-third.

39/b

WHEREFORE, the United States respectfully requests, pursuant to Fed. R. Crim. P. 35, that the Court reduce the defendant's sentence by one-third.

Respectfully Submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

STACEY A. LEVINE
Assistant United States Attorney
Fl. Bar No. 0082325
99 N.E. 4th Street, #705
Miami, FL 33132
(305) 961-9262
(305) 530-7976 (fax)

cc: Collete Denehy, S/A USCS
John Enockson, S/A DEA

CERTIFICATE OF SERVICE

I hereby certify that on October 19, 1998, a true and correct copy of the foregoing was mailed to:

Manuel Gonzalez, Esq.
782 NW 42nd Ave, Suite 440
Miami, FL 33126

Stacey A. Levine
Assistant U.S. Attorney